federal agencies and officials. *See United States v. Sherwood,* 312 U.S. 584, 587–89, 61 S.Ct. 767, 85 L.Ed. 1058 (1941) (jurisdiction of Claims Court "is narrowly restricted to the adjudication of suits brought against the government alone"); *Winston v. United States,* 465 Fed.Appx. 960, 961 (Fed.Cir.2012) (allegations against state, state officers, and private individuals were not within the jurisdiction of the Claims Court). Sneed has identified no federal statute or constitutional provision that is a money-mandating source of law for claims against the United States for actions of state officials or the state of Florida.

### AFFIRMED

### Costs

No costs.

John B. Sganga, Jr., Knobbe, Martens, Olson & Bear, LLP, Irvine, CA, argued for plaintiff-appellee. Also represented by Joshua Stowell; R. Scott Weide, Ryan Gile, Weide & Miller, Las Vegas, NV.

Harold H. Davis, Jr., K & L Gates LLP, San Francisco, CA, argued for defendants-appellants. Also represented by Jason Nathaniel Haycock.

DYK, REYNA, and CHEN, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED AND ADJUDGED:

**AFFIRMED.** *See Fed. Cir. R. 36.*

**JS PRODUCTS, INC., Plaintiff–Appellee**

v.

**KABO TOOL COMPANY, Chih–Ching Hsieh, Defendants–Appellants.**

No. 2015–1046.

United States Court of Appeals, Federal Circuit.

May 11, 2015.

**David D. GRIFFIN, Petitioner–Appellant**

v.

**SECRETARY OF HEALTH AND HUMAN SERVICES, Respondent–Appellee.**

No. 2015–5011.

United States Court of Appeals, Federal Circuit.

May 11, 2015.